# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RICK D. SHIRRELL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 08-cv-465-WDS** |
| | ) | |
| **WARDEN HOLLINGSWORTH,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Petitioner filed this action pursuant to 28 U.S.C. § 2241 challenging his conviction and sentence for money laundering in violation of 18 U.S.C. § 1957. The basis for this action is the recent Supreme Court decision of *United States v. Santos*, 128 S.Ct. 2020 (2008). Also before the Court is Petitioner's request for mandamus (Doc. 4).

**IT IS HEREBY ORDERED** that Respondent shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS FURTHER ORDERED** that Petitioner's request for mandamus (Doc. 4) is **MOOT**.

**IT IS SO ORDERED.**

**DATED: November 20, 2008.**


                                    <u>s/ WILLIAM D.  STIEHL</u>
                                       **DISTRICT JUDGE**